# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Matthew Budney**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00003-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| J Carroll | ) | |
| FNU Hurm | ) | |
| FNU Case**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2020 Order.

July 20, 2020

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court